MADELINE SLEASMAN et al., Appellants, v. LAWRENCE M. HILTS, Respondent.—

Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ., concur.